Florence D. Crosthwait et al., appellants, v. Harry L. Street et al., appellees. Gen. No. 36,749.

Opinion filed December 11, 1933. Rehearing denied December 27, 1933.

Millard R. Powers and Schuyler, Weinfeld & Hennessy, for appellants. Wilson & McIlvaine, for appellees; J. F. Dammann and K. F. Montgomery, of counsel.

Mr. Justice McSurely delivered the opinion of the court.